UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:17CV227

| | |
|---|---|
| JAMES CESTA,<br><br>                                          *Plaintiff*,<br><br>vs.<br><br>AVERITT EXPRESS, INC.,<br><br>                                         *Defendants*. | **ORDER ALLOWING SECOND JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL** |

THIS MATTER is before the Court upon joint motion of the parties to extend time to file stipulation of dismissal. For the reasons stated therein, said Motion is GRANTED. The parties shall have to and including the 16th day of May, 2018 to file stipulation of dismissal.

Signed: April 18, 2018

_Graham C. Mullen_
Graham C. Mullen
United States District Judge